|     |     |
| --- | --- |
|     | KM  |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| Charles Walton, | ) | No. CV 1-08-1574-JAT |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| William Gausewitz, et al., | ) | |
| Defendants. | ) | |

Plaintiff Charles Walton, who is confined in the Salinas Valley State Prison, filed a *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983 (Doc. #1). This case was reassigned to the undersigned judge on November 25, 2008.

By Order filed February 23, 2009, the Court dismissed the Complaint with leave to amend. On March 6, 2009, Plaintiff filed a Motion for Voluntary Dismissal (Doc. #13).

In his Motion, Plaintiff states that he has only limited access to legal resources and asks that the Court dismiss this action without prejudice. Rule 41(a)(i) of the Federal Rules of Civil Procedure provides that a plaintiff may dismiss an action by filing a "notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendants have not been served and therefore have not filed an answer or motion for summary judgment, the Court will grant the motion for dismissal.

. . .

. . .

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Voluntary Dismissal (Doc. #13) is **granted**. This action is **dismissed without prejudice** and the Clerk of Court must enter judgment accordingly.

DATED this 11th day of March, 2009.

*James A. Teilborg*
United States District Judge